```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 15428
   SALLY A. JOHNSON
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8422


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/24/07 .

    2.  The case was dismissed without confirmation, 01/11/2008.

    3.  The Debtor paid a total of $   8800.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | 2628.24 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| JVDB ASSOC CONSUMER | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| PCA INTERNATIONAL INC | UNSECURED | NOT FILED | .00 | .00 |
| SCHREIBER & ASSOC DC | UNSECURED | NOT FILED | .00 | .00 |
| THE DIAMOND CENTER | UNSECURED | NOT FILED | .00 | .00 |
| BRANDYWINE TOWNE HOUSES | MORTGAGE ARRE | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 2628.24 | .00 | .00 | .00 | 2628.24 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2628.24 | .00 | .00 | .00 | 2628.24 |

```
The Debtor's attorney, THOMAS R HITCHCOCK            , was allowed $   3500.00
and was paid $    535.50   direct and $   2964.50  through the plan.

The Trustee received $    306.38 .

Refunds to the Debtor totaled $    2900.88 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 04/11/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```